IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAZARO ROCHE,

    Petitioner,

v.                                            CASE NO. 4:11-cv-00143-MP-WCS

IMMIGRATION AND CUSTOM ENFORCEMENT,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, which recommends that respondent's motion to dismiss or transfer be granted and the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, be transferred to the United States District Court for the Southern District of Florida, Miami Division for all further proceedings.  Petitioner has not objected to the recommendation, and the time for doing so has passed.  Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 13, is ACCEPTED and incorporated herein.

2. Respondent's motion to transfer, Doc. 12, is GRANTED.

3. The petition for writ of habeas corpus, Doc. 1, is TRANSFERRED to the United States District Court for the Southern District of Florida, Miami Division for all further proceedings.

**DONE AND ORDERED** this  *9th* day of September, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 4:11-cv-00143-MP-WCS*